**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES E. SMITH**
**ADC #121300**                                                    **PETITIONER**

**V.**                          **5:09CV00207 JMM-JJV**

**LARRY NORRIS, Director of the**
**Arkansas Department of Corrections**                           **RESPONDENT**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe and the Petitioner's objections.  After carefully

considering the objections and making a *de novo* review of the record in this case, the Court

concluded that the Proposed Findings and Recommended Disposition should be, and hereby are,

approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petition for Writ of Habeas Corpus (Doc. No. 2) is

DISMISSED WITH PREJUDICE.  Any pending motions are denied as moot.

DATED this 23rd day of November, 2009.

_____
James M. Moody
United States District Judge